# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

―――――

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

――――

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

――――

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

May 5, 2023

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

   Re: <u>United States v. Rafael Martinez</u>,
     22 Cr. 251 (LJL)

Dear Judge Liman:

  We represent Rafael Martinez in the above-captioned case and seek permission for Mr. Martinez to travel to Ft. Lauderdale, Florida on Saturday, May 6. and return on Tuesday, May 9. We understand that Mr. Martinez must travel to Ft. Lauderdale to paint and clean an apartment that originally belonged to his mother-in-law and now must be prepared to receive incoming renters.  Neither Pretrial Services nor the government object to this request.  We thank the Court for its consideration of this matter.

       Respectfully submitted,

       MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

       <u>/s/ Telemachus P. Kasulis</u>
       Telemachus P. Kasulis
       Elkan Abramowitz

       WILLKIE FARR & GALLAGHER LLP

       Michael S. Schachter
       Randall Jackson

cc: counsel of record (via ECF)