# Morvillo Abramowitz Grand Iason & Anello P.C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>KATHLEEN E. CASSIDY<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>CHRISTOPHER B. HARWOOD<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>TELEMACHUS P. KASULIS<br>KAREN R. KING<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br><br>tkasulis@maglaw.com<br>(212) 880-9555 | SENIOR COUNSEL<br>PAUL R. GRAND<br><br>COUNSEL<br>JASMINE JUTEAU<br>CURTIS B. LEITNER<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

May 5, 2023

**REQUEST GRANTED.**
**The Court approves for the defendant to travel to Ft. Lauderdale, Florida as proposed.**

5/5/2023    SO ORDERED.

*[Signature]*
LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rafael Martinez,
22 Cr. 251 (LJL)

Dear Judge Liman:

  We represent Rafael Martinez in the above-captioned case and seek permission for Mr. Martinez to travel to Ft. Lauderdale, Florida on Saturday, May 6. and return on Tuesday, May 9. We understand that Mr. Martinez must travel to Ft. Lauderdale to paint and clean an apartment that originally belonged to his mother-in-law and now must be prepared to receive incoming renters. Neither Pretrial Services nor the government object to this request. We thank the Court for its consideration of this matter.

        Respectfully submitted,

        MORVILLO ABRAMOWITZ GRAND IASON &
        ANELLO, P.C.

        /s/ Telemachus P. Kasulis
        Telemachus P. Kasulis
        Elkan Abramowitz

        WILLKIE FARR & GALLAGHER LLP

        Michael S. Schachter
        Randall Jackson

cc: counsel of record (via ECF)