# EXHIBIT Q

**To:**    Streich, Susan E.[Susan.Streich@sba.gov]
**Sent:**  Tue 4/21/2020 11:20:53 PM
**Subject:**  RE: Before you sign off for the night...
Copy of internal SBA tracker for NFRL PPP applications 4.21.2020 7pm.xlsx

Here is the most current tracker.
So, to confirm, due to Senate approval, team can now reach out to lenders with applications that came in after the 4/16 funding lapse?

**From:** Streich, Susan E. <Susan.Streich@sba.gov>
**Sent:** Tuesday, April 21, 2020 7:18 PM
**To:** Kirwin, Paul F. <Paul.Kirwin@sba.gov>
**Subject:** Before you sign off for the night...

Please send the most current Tracker so I can review and share it with Bill et.al.

Let me know where MBE Cap and Time Payment are in the review process, as "people are asking." Not to worry – just need to be able to respond.

Thanks, Paul!  You and your team are doing an amazing job!

Taking a break for dinner – call my cell if you need me.

Susan E. Streich

Director, Office of Credit Risk Management

Office of Capital Access
**U.S. Small Business Administration**
(202) 205-6641

Cell (804) 314-6472
susan.streich@sba.gov



Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

CONFIDENTIAL

USAO_MBE_REL_00483666
USAO_MBE_REL_00483666