# Exhibit 4

**From:** "Rafael Martinez" <rmartinez@mbecp.com>
**To:** "[redacted]@gmail.com>
**Subject:** FW: MBECP 2017 2018 Financials
**Date:** Thu, 14 Mar 2019 19:38:15 -0000
**Importance:** Normal
**Attachments:** MBECP_2017_2018_Financials.pdf
**Inline-Images:** image001.jpg

---

Boy if I can get this right, we could crush the profits.

Regards,

Rafael Martinez
CEO
MBE Capital Partners
A Division of Republic Companies
1 Penn Plaza, Suite 36100
New York, NY 10119
Tel. 212.629.5400
www.repcompanies.com

Corporate Headquarters
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
Tel. 201.346.3900

---

**From:** [redacted]@mbecp.com>
**Sent:** Thursday, March 14, 2019 3:20 PM
**To:** Rafael Martinez <rmartinez@mbecp.com>
**Subject:** RE: MBECP 2017 2018 Financials

[redacted]
Accouting Manager
MBE Capital Partners
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
201-346-3900

MBE
Capital Partners

---

**From:** Rafael Martinez <rmartinez@mbecp.com>
**Sent:** Thursday, March 14, 2019 3:03 PM
**To:** [redacted]@mbecp.com>
**Subject:** RE: MBECP 2017 2018 Financials

Regards,

Rafael Martinez
CEO
MBE Capital Partners
A Division of Republic Companies
1 Penn Plaza, Suite 36100
New York, NY 10119
Tel. 212.629.5400
www.repcompanies.com

Corporate Headquarters
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
Tel. 201.346.3900

---

**From:** [redacted]@mbecp.com>
**Sent:** Thursday, March 14, 2019 11:52 AM
**To:** Rafael Martinez <rmartinez@mbecp.com>
**Subject:** MBECP 2017 2018 Financials

Wasn't sure what to write on the last page

[redacted]
Accouting Manager
MBE Capital Partners
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
201-346-3900

MBE
Capital Partners