# Exhibit 5

**Fergenson, Micah (USANYS)**

**From:** Rafael Martinez <rmartinez@mbecp.com>
**Sent:** Monday, April 15, 2019 1:57 PM
**To:** [redacted]; [redacted]
**Cc:** [redacted]; [redacted]; [redacted]; [redacted]; [redacted]
**Subject:** RE: Follow-up on FIBC Application
**Attachments:** MBECP 2017 2018 Financials.pdf; 2018 Capabilities and Financial Highlights.pdf

**Follow Up Flag:** Follow up
**Due By:** Friday, May 10, 2019 11:00 AM
**Flag Status:** Flagged

Thank you [redacted], [redacted] and [redacted]

As promised, attached are my 2017 and 2018 financials that you requested for the initial approval so that MBECP can be assigned the exporter's EXIM policies. I also attached my bio and our 2018 highlight sheet.

Please let us know what the next steps are for the assignee designation.

Regards,

Rafael Martinez
CEO
MBE Capital Partners
A Division of Republic Companies
1 Penn Plaza, Suite 36100
New York, NY 10119
Tel. 212.629.5400
www.repcompanies.com

Corporate Headquarters
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
Tel. 201.346.3900

---

**From:** [redacted]@exim.gov>
**Sent:** Friday, April 5, 2019 4:53 PM
**To:** [redacted]@mbecp.com>; Rafael Martinez <rmartinez@mbecp.com>
**Cc:** [redacted]@mbecp.com>; [redacted]@exim.gov>; [redacted]

[redacted]@exim.gov>; [redacted]@exim.gov>; [redacted]@exim.gov>
**Subject:** RE: Follow-up on FIBC Application

Rafael and [redacted]:

Thanks again for the meeting with Rafael on Monday and for all the coordination [redacted]. Rafael suggested send some additional follow-on info/ materials to you both.

As discussed, I will be out of the office/ country for a couple months starting next week. So, I think it might be a good idea to touch base with our colleagues in the NYC office: [redacted] and [redacted] (both cc'd). They will be good contacts for your financial organization to determine how to connect with exporters in the NYC area (and beyond) who seek assignee lenders for their export credit insurance policies. Also, [redacted] and [redacted] can help MBE Capital connect to brokers, also good conduits to the exporter community.

I'm attaching a couple PowerPoint presentations that might be useful for background. One we already showed Rafael, but the other is about the exporter-held policies.

Good luck!

Kind regards,
[redacted]

[redacted] | **Loan Officer, Export Credit Insurance**
**EXPORT-IMPORT BANK**
**811 Vermont Ave NW Washington DC 20571 USA**
**Tel: 1-202-**[redacted] **| Cell: 1-202-**[redacted] **| E-Mail:** [redacted]**@exim.gov**

---

**From:** [redacted]@mbecp.com]
**Sent:** Monday, April 01, 2019 4:51 PM
**To:** [redacted]; [redacted]
**Cc:** Rafael Martinez; [redacted]
**Subject:** RE: Follow-up on FIBC Application

Thank you for confirming your meeting with Rafael Martinez tomorrow at 10:00am at the Ritz Carlton (1150 22nd St., NW).

Rafael's cell phone number is [redacted]. He looks forward to meeting you.

**From:** [redacted]@exim.gov>
**Sent:** Wednesday, March 27, 2019 12:43 PM
**To:** [redacted]@exim.gov>; [redacted]@mbecp.com>
**Cc:** Rafael Martinez <rmartinez@mbecp.com>; [redacted]@mbecp.com>
**Subject:** RE: Follow-up on FIBC Application

Thanks [redacted]

And thanks very much for your help, [redacted]. I look forward to meeting Rafael to discuss EXIM's FIBC product next Tuesday 4/2 10am at the Ritz in DC. I will also check on [redacted]'s availability to join the meeting.

Kind regards,
[redacted]

[redacted] | **Loan Officer, Export Credit Insurance**
**EXPORT-IMPORT BANK**
**811 Vermont Ave NW Washington DC 20571 USA**
**Tel: 1-202-**[redacted] **| Cell: 1-202**[redacted] **| E-Mail:** [redacted]**@exim.gov**

**From:** [redacted]
**Sent:** Wednesday, March 27, 2019 11:37 AM
**To:** [redacted]; [redacted]
**Cc:** Rafael Martinez; [redacted]
**Subject:** RE: Follow-up on FIBC Application

[redacted] – I have a pre-conference engagement this afternoon, but as I mentioned [redacted] is available.

[redacted] – Please let [redacted] know what time today works for you to speak with Rafael.

Thanks,

[redacted]

**From:** [redacted]@mbecp.com]
**Sent:** Wednesday, March 27, 2019 11:30 AM
**To:** [redacted]
**Cc:** [redacted]; Rafael Martinez; [redacted]
**Subject:** RE: Follow-up on FIBC Application

Thank you.

Rafael is available after 1:00PM. Please let us know what time you'd like to speak and I'll arrange for our conference system to call everyone at that time.

---

**From:** [redacted]@exim.gov>
**Sent:** Wednesday, March 27, 2019 11:29 AM
**To:** [redacted]@mbecp.com>
**Cc:** [redacted]@exim.gov>; Rafael Martinez <rmartinez@mbecp.com>; [redacted]mbecp.com>
**Subject:** RE: Follow-up on FIBC Application

Hi [redacted]

As opposed to scheduling phone call during the conference, [redacted] is available to speak with Rafael today. Please advise if Rafael is available. If not, we can schedule a call for early next week. Thanks!

Best Regards,

[redacted]

[redacted]
Manager, Minority & Women Owned Business (MWOB) Outreach Group
Office of Small Business

Export-Import Bank of the United States
811 Vermont Ave. NW | Washington, DC 20571
Tel: 202-[redacted] | [redacted]@exim.gov
Twitter | LinkedIn | YouTube

---

**From:** [redacted]@mbecp.com]
**Sent:** Tuesday, March 26, 2019 5:11 PM
**To:** [redacted]
**Cc:** [redacted]; Rafael Martinez; [redacted]
**Subject:** RE: Follow-up on FIBC Application

Thank you Mr. [redacted]

Mr. [redacted] when I have your number I'll add you to the call.

---

**From:** [redacted]@exim.gov>
**Sent:** Tuesday, March 26, 2019 5:09 PM
**To:** [redacted]@mbecp.com>
**Cc:** [redacted]@exim.gov>; Rafael Martinez <rmartinez@mbecp.com>; [redacted]

[redacted]@mbecp.com>
**Subject:** Re: Follow-up on FIBC Application

Sure [redacted] My mobile is 202-[redacted].

Regards,

[redacted]

On Mar 26, 2019, at 4:35 PM, [redacted]@mbecp.com> wrote:

Dear Messrs. [redacted] ad [redacted]

Thank you for being available to speak with Rafael about an FIBC application on Thursday between 11:50-12:50. Unfortunately, Rafael has had to cancel his trip to Washington; but he would appreciate the opportunity to speak with you by telephone. If you would be so kind as to give me your mobile phone numbers, I can arrange for our conference system to call everyone at 12:00PM on Thursday, March 28th.

We appreciate your consideration.

Sincerely,
[redacted]

---

**From:** [redacted]@exim.gov>
**Sent:** Tuesday, March 26, 2019 4:08 PM
**To:** [redacted]@mbecp.com>
**Cc:** Rafael Martinez <rmartinez@mbecp.com>; [redacted]@mbecp.com>; [redacted]@exim.gov>
**Subject:** RE: Follow-up on FIBC Application

Hi [redacted]

Since Rafael plans to attend our Annual Conference, I propose we meet in person on Thursday at the conference. I've reached out to one of our FIBC policy experts, [redacted] (copied); and he is available to join us. There's a break from 11:50-12:50. So let's plan to meet at noon in the lobby area. Please let me know if this works for you. Thanks.

Best Regards,

[redacted]

[redacted]
Manager, Minority & Women Owned Business (MWOB) Outreach Group
Office of Small Business

Export-Import Bank of the United States
811 Vermont Ave. NW | Washington, DC 20571
Tel: 202[redacted] | [redacted]@exim.gov

Twitter | LinkedIn | YouTube

<image002.png>

---

**From:** [redacted]@mbecp.com]
**Sent:** Tuesday, March 26, 2019 10:43 AM
**To:** [redacted]
**Cc:** Rafael Martinez; [redacted]
**Subject:** FW: Follow-up on FIBC Application

Dear Mr. [redacted]

Thank you for agreeing to speak with Rafael Martinez about the FIBC application.

Please let me know when he should call you about this. My colleague, [redacted], or I will book the appointment on his schedule.

Sincerely,
[redacted]

[redacted]
VP, Partnership Programs
MBE Capital Partners, LLC

*Corporate Headquarters* *New York Office*
One Bridge Plaza North One Penn Plaza
Suite 550 36th Floor
Fort Lee, NJ 07024 New York, NY 10119
(201) 346-3900 (212) 629-5400

---

**From:** [redacted]@exim.gov>
**Sent:** Monday, March 25, 2019 4:08 PM
**To:** Rafael Martinez <rmartinez@mbecp.com>
**Cc:** [redacted]@exim.gov>; [redacted]@mbecp.com>; [redacted]@exim.gov>
**Subject:** RE: Follow-up on FIBC Application

Good Afternoon Rafael,

I hope all is well. My apologies for being unresponsive to your messages. We are extremely busy preparing for our annual conference and it's great to hear you are attending. Unfortunately, Tammy and I are attending another conference this week, therefore not available to assist you in person.

That being said, I introduce [redacted], Manager of the Minority & Women Owned Business team. [redacted] is a fantastic resource in export finance solutions. He will be at the conference ready to assist

you. If you need to contact him prior to your arrival, he can be reached via email: [redacted]@exim.gov and phone: [redacted].

Thank you for patience and have a great evening.

Best,

[redacted] | **Business Development Specialist**
**Minority and Women Owned Business & Multiplier Outreach Division**
**Office of Small Business**
**Export-Import Bank of the United States**
**811 Vermont Ave. NW, | Washington, DC 20571**
**Office: 202-[redacted] | Mobile: 202-[redacted] | Fax: 202-[redacted]**
**Twitter | LinkedIn | YouTube**

<image003.png>

---

**From:** [redacted]@mbecp.com]
**Sent:** Monday, March 25, 2019 1:25 PM
**To:** Rafael Martinez
**Cc:** [redacted]; [redacted]
**Subject:** Follow-up on FIBC Application

Dear Rafael,

[redacted] called while you were in a meeting. She and [redacted] will not be at the EXIM Conference on Thursday and Friday. (They'll be attending another conference.) However, [redacted] will provide an email introduction to their colleague, [redacted], who will be at the EXIM Conference. That way you and he can speak with or email each other before the Conference with the hope of meeting up there. Mr. [redacted] is very familiar with the FIBC application.

Sincerely,
[redacted]

[redacted]
VP, Partnership Programs
MBE Capital Partners, LLC

*Corporate Headquarters* *New York Office*
One Bridge Plaza North One Penn Plaza
Suite 550 36th Floor
Fort Lee, NJ 07024 New York, NY 10119
(201) 346-3900 (212) 629-5400

Register now @ https://www.exim.gov/events/annual-conferences/2019

Register now @ https://www.exim.gov/events/annual-conferences/2019

Register now @ https://www.exim.gov/events/annual-conferences/2019

Register now @ https://www.exim.gov/events/annual-conferences/2019

Register now @ https://www.exim.gov/events/annual-conferences/2019

**MBE CAPITAL PARTNERS, INC.**

**A DIVISION OF REPUBLIC COMPANIES**

**REVIEWED FINANCIAL STATEMENTS FOR THE YEAR ENDED DECEMBER 31, 2018**

## Contents

**Accountants' compilation report** 1

**Financial statements**
- Balance sheet 2-3
- Statement of operations 4
- Statement of cash flows 5
- Statement of member's capital 6

**Summary of significant accounting policies** 7-8

**Notes to the financial statements** 9

**Accountants' compilation report**

To the Members
MBE Capital Partners, Inc.
New York, New York

We have reviewed the accompanying balance sheet of MBE Capital Partners, Inc. as of December 31, 2016, and the related statements of operations, and member's capital, and cash flows for the year then ended, which is presented only for supplementary analysis purposes, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A review is limited to presenting in the form of financial statements information that is the representation of our findings. We have reviewed but not audited the accompanying consolidated financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

[redacted]
[redacted] Madison Avenue
[redacted] Floor
New York, NY 10016

Certified Public Accountants

February 10, 2018

**MBE CAPITAL PARTNERS, INC.**
**BALANCE SHEET DECEMBER 31, 2018**

**Assets**

| **Current assets** | **2018** | **2017** |
|---|---|---|
| Cash | $ 9,236,251.96 | 5,631,839 |
| Accounts receivable | 1,299,599,963.28 | 792,439,002 |
| Long term receivables | 5,393,184.28 | 3,288,527 |
| **Total current assets** | **1,314,229,399.52** | **801,359,368** |
| **Property and equipment** | | |
| Furniture and fixtures | 1,432,767.96 | 873,639 |
| Computers | 145,510.64 | 88,726 |
| | **1,578,278.60** | **962,365** |
| Less: accumulated depreciation | 315,818.08 | 192,572 |
| **Net fixed assets** | **1,262,460.52** | **769,793** |
| **Other assets** | | |
| Security deposits | 322,260.00 | 196,500 |
| **Total other assets** | **322,260.00** | **196,500** |
| **Total assets** | **$1,315,814,120.04** | **802,325,661** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, INC.**
**BALANCE SHEET DECEMBER 31, 2018**

**Liabilities and Member's Capital**

| | | |
|---|---|---|
| **Current liabilities** | | |
| Accounts and accrued expenses payable | $1,296,076,872.64 | 790,290,776 |
| Deferred income taxes | 465,661.60 | 283,940 |
| **Total current liabilities** | **1,296,542,534.24** | **790,574,716** |
| **Total liabilities** | **1,296,542,534.24** | **790,574,716** |
| Member's capital | 13,643,530.64 | 8,319,226 |
| **Total liabilities and member's capital** | **$1,310,186,064.88** | **798,893,942.00** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS,**
**STATEMENT OF OPERATIONS**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2018**

| | | |
|---|---|---|
| Revenue | $1,319,277,648 | 802,325,661 |
| Direct costs | 1,310,186,064.88 | 798,893,942 |
| **Gross margin** | **9,091,583.12** | **3,431,719** |
| **Operating expenses** | | |
| Third Party Commissions | 1,413,010.88 | 861,592 |
| Professional fees | 301,376.24 | 183,766 |
| Rent | 352,498.32 | 214,938 |
| Travel and entertainment | 240,091.08 | 143,397 |
| Office expenses | 167,053.68 | 101,862 |
| Depreciation expense | 315,818.08 | 192,572 |
| Postage and delivery | 88,537.04 | 53,986 |
| Repairs and maintenance | 302,863.72 | 184,673 |
| Telephone | 27,978.40 | 17,090 |
| Dues and subscriptions | 22,468 | 13,700 |
| Bank charges | 15,350.40 | 9,360 |
| Utilities | 14,681.28 | 8,952 |
| Miscellaneous | 28,503.20 | 17,380 |
| **Total operating expense** | **3,290,260.32** | **2,006,238** |
| **Income from operations** | **5,801,352.80** | **1,425,481** |
| **Other income (expense)** | | |
| Other income | 0 | 0 |
| Interest expense | (110,386.76) | (67,309) |
| **Total other income (expense)** | **(110,386.76)** | **(67,309)** |
| **Income before provision for income taxes** | **5,690,966.04** | **1,358,172** |
| **Provision for income taxes** | | |
| Current | | |
| Deferred | (185,616.84) | (113,181) |
| **Total provision for income taxes** | **(185,616.84)** | **(113,181)** |
| **Net income** | **$ 5,505,349.20** | **1,244,991** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**STATEMENT OF CASH FLOWS**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2018**

| | | |
|---|---|---|
| **Cash flows from operating activities** | | |
| Net income | $ 5,505,349.20 | $ 1,24,991.00 |
| Adjustments to reconcile net income to net cash used in operating activities | | |
| Depreciation | 137,020.36 | 83,549.00 |
| Changes in operating assets and liabilities | | |
| Increase in accounts receivable | (22,766,488.20) | (13,882,005) |
| Increase in long term receivables | (1,982.76) | (1,209) |
| Increase in security deposits | (45,920) | (28,000) |
| Increase in accounts and accrued expenses payable | 2,469,974.48 | 1,506,092 |
| Increase in deferred income taxes | 307,162.16 | 187,294 |
| **Net cash used in operating activities** | **(14,394,884.76)** | **(10,889,288)** |
| **Cash flows from investing activities** | | |
| Purchases of furniture and fixtures | (316,313.36) | (192,874) |
| Purchases of computers | (141,830,48) | (86,492) |
| **Net cash used in investing activities** | **(458,143.84)** | **(279,366)** |
| **Cash flows from financing activities** | | |
| Capital contributions | 15,264,992.08 | 9,307,922 |
| **Net cash provided by financing activities** | **15,264,992.08** | **9,307,922** |
| Increase in cash | 1,153,067.60 | 703,090.00 |
| Cash, beginning of year | 217,741.16 | 132,769 |
| **Cash, end of year** | **$ 1,370,808.76** | **835,859.00** |

| | | |
|---|---|---|
| **Supplementary disclosures of cash flow information** | | |
| Cash paid during the year for: | | |
| Income taxes | $ - | |
| Interest expense | 7,409,957 | 93,406 |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**STATEMENT OF MEMBER'S CAPITAL**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2018**

| | | |
|---|---|---|
| Member's capital, beginning | $ 12,784,910.28 | 7,795,677 |
| Capital contributions | 1,763,000 | 1,075,000 |
| Net income | 5,505,349.20 | 1,244,991 |
| **Member's capital, ending** | **$ 20,053,259.48** | **10,115,668** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Organization*

MBE Capital Partners, Inc. ("the Company") was formed in July 2013 in the State of New York as a sub division of Republic Companies. The Company is a corporation company. The Company makes loans against receivables and assets.

*Accounting basis*

The Company uses the accrual basis of accounting for financial statement reporting. Accordingly, revenues are recognized when services are rendered and expenses are realized when the obligation is incurred. For tax purposes, the Company uses the cash basis.

*Cash and cash equivalents*

The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents. Cash equivalents are carried at cost, which approximates market value.

*Inventories*

Inventories consist of paper which is stated at the lower of cost (determined using the first-in, first-out method) or market value.

*Property and equipment*

Property and equipment are stated at cost. Depreciation expense is computed using the straight-line method over the following useful lives:

| *Description* | *Estimated useful life* |
|---|---|
| Furniture and fixtures | 7 |
| Computers | 3 |

*Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reported period. Actual results may differ from these estimates.

**MBE CAPITAL PARTNERS, Inc.**
**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Income taxes*

The Company is taxed as a disregarded entity for federal income tax purposes and, thus, no income tax expense has been recorded in the financial statements. Taxable income of the Company is reported on the individual tax return of its sole member. However, the Company is subject to New York City Unincorporated business taxes.

The Company accounts for income taxes using the asset and liability method as required by Statement of Financial Accounting Standards No. 109, under which deferred tax assets and liabilities are determined based upon the differences between financial statement carrying amounts and the tax bases of existing assets and liabilities. Deferred tax liabilities represent the tax effects of taxable and deductible temporary differences in book and tax reporting. The taxable temporary difference primarily consists of the use of the accrual method for financial statement reporting purposes and the cash method for tax reporting purposes.

**MBE CAPITAL PARTNERS, Inc.**
**NOTES TO THE FINANCIAL STATEMENTS**

*NOTE 1 – INCOME TAXES*

Deferred tax liabilities represent the tax effects of taxable and deductible temporary differences in book and tax reporting. The taxable temporary difference primarily consists of the use of the accrual method for financial statement reporting purposes and the cash method for tax reporting purposes.

This amount has been presented in the Company's financial statements as follows:

| | |
|---|---|
| Deferred tax liabilities, current | $ 83,578.14 |

*NOTE 2 – OPERATING LEASE*

The Company rents its operating facilities under an operating lease. The future minimum rental payments for these obligations are as follows:

| | |
|---|---|
| December 31, 2018 | $ 209,004 |
| 2019 | 213,425 |
| 2020 | 225,832 |
| 2021 | 230,066 |

*See accountants' report and the accompanying summary of significant accounting policies.*

MBE
Capital Partners

## MBE CAPITAL PARTNERS' COMPREHENSIVE SOLUTIONS

In 2018 MBE Capital Partners (MBECP) financed over $1.3 Billion in Fortune 500, city, state and federal debt. Backed by over 30 years of industry experience, MBECP focuses on providing a full range of financial solutions that allow small and diverse businesses to grow by managing cash flow effectively. Our signature product, Reseevables.com, is the leading electronic exchange for Fortune 500 vendor accelerated payments. Transactions over the exchange are structured to result in a "true sale" of the receivables, thus offering balance sheet benefits to sellers and attractive risk-adjusted returns to buyers.

Accessible from anywhere with just a web browser, Reseevables.com protects suppliers and buyers by providing complete transparency into their program. Here, suppliers accelerate accounts receivable payments, while funders choose which accounts receivables to finance. Easy, automated and intuitive, Reseevables.com is the ultimate way to optimize your working capital.

MBECP also provides traditional accounts receivable, purchase order and inventory financing paired with our finance programs.

## COMPREHENSIVE SOLUTIONS

- Reseevables.com
- Managed Supplier Services
- Accounts Receivable Financing
- Purchase Order Financing
- Inventory Financing
- ARCFO (Accounts Receivables Cash Flow Optimizer) – a small business tool that helps predict cash flow

## FINANCIAL IMPACT

- Committed Capacity $4.2 Billion
- Accounts Receivable Financed $1.37 Billion in 2018
- MBE Client Growth 31% Annually on Average

## AWARDS

- US MBDA Access to Capital Award 2018

https://www.youtube.com/watch?v=gRHeQ2rc064

- Houston MBDA Business Center's Corporate Advocate of the Year Award 2017