# Exhibit 7

**Fergenson, Micah (USANYS)**

---

**From:** Rafael Martinez <rmartinez@mbecp.com>
**Sent:** Monday, February 8, 2021 9:11 AM
**To:** [redacted]
**Subject:** 2020 numbers
**Attachments:** MBECP 2020 Financials.pdf

[redacted] these are my numbers for 2020. We need to add the PPP volume and net income to these numbers. The only thing that I do not have is the interest costs for 2020 which I get in early March. That number should be about $8 to $9M. This will lead to a loss of about $2M or so for the year.

Regards,

Rafael Martinez
CEO
MBE Capital Partners
A Division of Republic Companies
1 Penn Plaza, Suite 36100
New York, NY 10119
Tel. 212.629.5400
www.repcompanies.com

Corporate Headquarters
1 Bridge Plaza North
Suite 550
Fort Lee, NJ 07024
Tel. 201.346.3900

# MBE CAPITAL PARTNERS, INC.

## A DIVISION OF REPUBLIC COMPANIES

## REVIEWED FINANCIAL STATEMENTS FOR THE YEAR ENDED DECEMBER 31, 2020

# Contents

| | |
|---|---|
| **Accountants' compilation report** | 1 |
| **Financial statements** | |
| Balance sheet | 2-3 |
| Statement of operations | 4 |
| Statement of cash flows | 5 |
| Statement of member's capital | 6 |
| **Summary of significant accounting policies** | 7-8 |
| **Notes to the financial statements** | 9 |

## Accountants' compilation report

To the Members
MBE Capital Partners, Inc.
New York, New York

We have reviewed the accompanying balance sheet of MBE Capital Partners, Inc. as of December 31, 2020, and the related audited statements of operations, and member's capital, and cash flows for the year then ended,, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

An audit exemplifies the form of financial statements information that is the representation of our findings. We have audited the accompanying consolidated financial statements and, accordingly, express an opinion of assurance on them.

[redacted]
[redacted] Madison Avenue
[redacted] Floor
New York, NY 10016

Certified Public Accountants

February 08, 2020

**MBE CAPITAL PARTNERS, INC.**
**BALANCE SHEET DECEMBER 31, 2020**

**Assets**

| **Current assets** | **2020** |
|---|---|
| Cash | $ 9,236,251.96 |
| Accounts receivable | 1,299,599,963.28 |
| Long term receivables | 5,393,184.28 |
| **Total current assets** | **1,314,229,399.52** |
| **Property and equipment** | |
| Furniture and fixtures | 1,432,767.96 |
| Computers | 145,510.64 |
| | **1,578,278.60** |
| Less: accumulated depreciation | 315,818.08 |
| **Net fixed assets** | **1,262,460.52** |
| **Other assets** | |
| Security deposits | 322,260 |
| **Total other assets** | **322,260** |
| **Total assets** | **$1,315,814,120.04** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, INC.**
**BALANCE SHEET DECEMBER 31, 2020**

**Liabilities and Member's Capital**

| | |
|---|---|
| **Current liabilities** | |
| Accounts and accrued expenses payable | $1,297,527,058.86 |
| Deferred income taxes | 465,661.60 |
| **Total current liabilities** | **1,297,992,720.46** |
| **Total liabilities** | **1,297,992,720.46** |
| Member's capital | 17,821,399.58 |
| **Total liabilities and member's capital** | **$1,315,814,120.04** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS,**
**STATEMENT OF OPERATIONS**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2020**

| | |
|---|---|
| Revenue | $1,319,277,648.52 |
| Direct costs | 1,308,636,251.10 |
| **Gross margin** | **10,641,397.42** |
| **Operating expenses** | |
| Third Party Commissions | 1,413,010.88 |
| Professional fees | 301,376.24 |
| Rent | 352,498.32 |
| Travel and entertainment | 240,091.08 |
| Office expenses | 167,053.68 |
| Depreciation expense | 315,818.08 |
| Postage and delivery | 88,537.04 |
| Repairs and maintenance | 302,863.72 |
| Telephone | 27,978.40 |
| Dues and subscriptions | 22,468 |
| Bank charges | 15,350.40 |
| Utilities | 14,681.28 |
| Miscellaneous | 28,503.20 |
| **Total operating expense** | **3,290,260.32** |
| **Income from operations** | **7,351,137.10** |
| **Other income (expense)** | |
| Other income | 0 |
| Interest expense | (110,386.76) |
| **Total other income (expense)** | **(110,386.76)** |
| **Income before provision for income taxes** | **7,240,750.34** |
| **Provision for income taxes** | |
| Current | |
| Deferred | (185,616.84) |
| **Total provision for income taxes** | **(185,616.84)** |
| **Net income** | **$ 7,055,133.50** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**STATEMENT OF CASH FLOWS**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2020**

| | |
|---|---|
| **Cash flows from operating activities** | |
| Net income | $ 7,055,133.50 |
| Adjustments to reconcile net income to net cash used in operating activities | |
| Depreciation | 137,020.36 |
| Changes in operating assets and liabilities | |
| Increase in accounts receivable | (22,766,488.20) |
| Increase in long term receivables | (1,982.76) |
| Increase in security deposits | (45,920) |
| Increase in accounts and accrued expenses payable | 2,469,974.48 |
| Increase in deferred income taxes | 307,162.16 |
| **Net cash used in operating activities** | **(13,221,500.46)** |
| **Cash flows from investing activities** | |
| Purchases of furniture and fixtures | (316,313.36) |
| Purchases of computers | (141,830,48) |
| **Net cash used in investing activities** | **(458,143.84)** |
| **Cash flows from financing activities** | |
| Capital contributions | 15,264,992.08 |
| **Net cash provided by financing activities** | **15,264,992.08** |
| Increase in cash | 1,153,067.60 |
| Cash, beginning of year | 217,741.16 |
| **Cash, end of year** | **$ 1,370,808.76** |

| | |
|---|---|
| **Supplementary disclosures of cash flow information** | |
| Cash paid during the year for: | |
| Income taxes | $ - |
| Interest expense | 7,409,957 |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**STATEMENT OF MEMBER'S CAPITAL**
**FOR THE YEAR ENDED**
**DECEMBER 31, 2020**

| | |
|---|---|
| Member's capital, beginning | $ 10,643,530.64 |
| Capital contributions | 1,763,000 |
| Net income | 7,055,133.50 |
| **Member's capital, ending** | **$ 19,461,664.14** |

*See accountants' compilation report, the notes to the financial statements, and the summary of significant accounting policies.*

**MBE CAPITAL PARTNERS, Inc.**
**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Organization*

MBE Capital Partners, Inc. ("the Company") was formed in July 2003 in the State of New York as a sub division of Republic Companies. The Company is a corporation company. The Company makes loans against receivables and assets.

*Accounting basis*

The Company uses the accrual basis of accounting for financial statement reporting. Accordingly, revenues are recognized when services are rendered and expenses are realized when the obligation is incurred. For tax purposes, the Company uses the cash basis.

*Cash and cash equivalents*

The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents. Cash equivalents are carried at cost, which approximates market value.

*Inventories*

Inventories consist of paper which is stated at the lower of cost (determined using the first-in, first-out method) or market value.

*Property and equipment*

Property and equipment are stated at cost. Depreciation expense is computed using the straight-line method over the following useful lives:

| *Description* | *Estimated useful life* |
|---|---|
| Furniture and fixtures | 7 |
| Computers | 3 |

*Estimates*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reported period. Actual results may differ from these estimates.

*Income taxes*

The Company is taxed as a disregarded entity for federal income tax purposes and, thus, no income tax expense has been recorded in the financial statements. Taxable income of the Company is reported on the individual tax return of its sole member. However, the Company is subject to New York City Unincorporated business taxes.

The Company accounts for income taxes using the asset and liability method as required by Statement of Financial Accounting Standards No. 109, under which deferred tax assets and liabilities are determined based upon the differences between financial statement carrying amounts and the tax bases of existing assets and liabilities. Deferred tax liabilities represent the tax effects of taxable and deductible temporary differences in book and tax reporting. The taxable temporary difference primarily consists of the use of the accrual method for financial statement reporting purposes and the cash method for tax reporting purposes.

**MBE CAPITAL PARTNERS, Inc.**
**NOTES TO THE FINANCIAL STATEMENTS**

*NOTE 1 – INCOME TAXES*

Deferred tax liabilities represent the tax effects of taxable and deductible temporary differences in book and tax reporting. The taxable temporary difference primarily consists of the use of the accrual method for financial statement reporting purposes and the cash method for tax reporting purposes.

This amount has been presented in the Company's financial statements as follows:

| | |
|---|---|
| Deferred tax liabilities, current | $ 830,578.14 |

*NOTE 2 – OPERATING LEASE*

The Company rents its operating facilities under an operating lease. The future minimum rental payments for these obligations are as follows:

| | |
|---|---|
| December 31, 2020 | $ 209,004 |
| 2021 | 213,425 |
| 2022 | 225,832 |
| 2023 | 230,066 |

*See accountants' report and the accompanying summary of significant accounting policies.*