# Exhibit 8

**MBE's purported Forms 941 that Martinez submitted for PPP loan compared with the PPP Applicant's Forms 941 that were emailed to Martinez**

| | Q1 2019 | | Q2 2019 | | Q3 2019 | | Q4 2019 | |
|---|---|---|---|---|---|---|---|---|
| | MBE | PPP Applicant | MBE | PPP Applicant | MBE | PPP Applicant | MBE | PPP Applicant |
| **Employees Listed:** | 12 | 24 | 12 | 23 | 11 | 22 | 14 | 28 |
| **Compensation Listed:** | $158,660.90 | $158,660.90 | $157,139.10 | $157,139.10 | $160,945.53 | $160,945.53 | $167,735.26 | $167,735.26 |