# Exhibit 9

**Fergenson, Micah (USANYS)**

**From:** Rafael Martinez <rmartinez@mbecp.com>
**Sent:** Tuesday, February 2, 2021 7:25 AM
**To:** [redacted]
**Subject:** Fwd: Completed: PPP 2.0 Made Quick and Easy

Good morning guys.
This is the typical email that I get more than 15 times a day and even after I reply to this lady and copy people in our office we still don't get back to people.

We have only made it worse as far as reviews but the good thing is that they always get satisfied once they have their money but the bad/sad part is that the awful reviews stick around for ever.

Rafael

Rafael Martinez
CEO
MBE Capital Partners
A Division of Republic Companies
1 Penn Plaza
Suite 3663
New York, NY 10119
212-629-5400
www.mbecp.com
www.repcompanies.com

Begin forwarded message:

**From:** [redacted]@gmail.com>
**Date:** February 2, 2021 at 7:08:46 AM EST
**To:** Rafael Martinez <rmartinez@mbecp.com>
**Cc:** [redacted]@mbecp.com>, [redacted]@mbecp.com>
**Subject: Re: Completed: PPP 2.0 Made Quick and Easy**

Good morning:

It's been 7 business days since the second draw loan has been approved, and there are no funds disbursed into my account. Incredibly, I still have not received any emails from Ms. [redacted] or Mr. [redacted] What is also incredible is how a MBE would choose to live up to the stereotype of appearing to be unprofessional. Even though my loan is small, YOUR COMPANY reached out to ME to sign the Promissory Note for the Second Draw. The least you could do is tell me why my loan remains undisbursed, even though your company tells me that I will be funded within 5 to 7 business days of approval. That is clearly not true. Are you even aware that there are Reddit threads about this company's notorious unresponsiveness?

I am frustrated that I have to write this email at all. If you could answer the questions of disbursement truthfully, I would gladly avoid bothering you. If not, I will continue to seek resolution of this matter.

Thank you.

[redacted]

On Fri, Jan 29, 2021 at 12:38 PM [redacted]@gmail.com> wrote:

> My apologies. I mistakenly assumed Mr. [redacted] was your subordinate and would be the person you chose to answer my questions.
>
> I am very appreciative of your quick reply, and I look forward to hearing from Ms. [redacted] and Mr. [redacted]
>
> This isn't really relevant but my twin sister, [redacted] is spelled with a [redacted] also. The spelling is not that common, particularly for African American women.
>
> On Fri, Jan 29, 2021, 12:32 PM Rafael Martinez <rmartinez@mbecp.com> wrote:
>
>> [redacted] and [redacted] will be able to help.
>>
>> Why was a [redacted] emailed?
>>
>> Regards,
>>
>> Rafael Martinez
>>
>> CEO
>>
>> MBE Capital Partners
>>
>> A Division of Republic Companies
>>
>> 1 Penn Plaza, Suite 36100

New York, NY 10119

Tel. 212.629.5400

www.repcompanies.com

Corporate Headquarters

1 Bridge Plaza North

Suite 550

Fort Lee, NJ 07024

Tel. 201.346.3900

---

**From:** [redacted]@gmail.com>
**Sent:** Friday, January 29, 2021 11:01 AM
**To:** Rafael Martinez <rmartinez@mbecp.com>; [redacted]@mbecp.com>
**Subject:** Fwd: Completed: PPP 2.0 Made Quick and Easy

Good morning, Mr. Martinez and Mr. [redacted]

My name is [redacted], and, in the SBA Capital Access Financial System database, I can see that my PPS loan #[redacted] was approved on January 22, 2021. It is now January 29th, and no funds have been deposited into my US Bank bank account. I cannot get any answers from info@mbecp.com; your chat does not work and no one answers the phone number listed on your website. All I want to know is when will the funds be disbursed. I remember the first draw was really smooth, and the money hit my account quickly.

If you have any questions or concerns, please contact me via email or phone at [redacted].

Thank you for your assistance!

[redacted]

---------- Forwarded message ---------
From: **MBECP Promissory Note via DocuSign** <dse_NA4@docusign.net>
Date: Tue, Jan 19, 2021 at 10:04 AM
Subject: Completed: PPP 2.0 Made Quick and Easy
To: [redacted]@gmail.com>

Your document has been completed

VIEW COMPLETED DOCUMENT

**MBECP Promissory Note**

promnote@mbecp.com

All parties have completed PPP 2.0 Made Quick and Easy.

Hello from MBECP,

We want to make sure our valued clients do not miss PPP 2.0 funding. We have made have pre-filled your application for you to make this process quick and easy. Please complete and sign your application today, so that the SBA can begin the approval process.

Please note, if you have submitted your application already via our application portal, submitting another application can delay your approval with the SBA.

If you have any questions, feel free to email us at info@mbeppp.com

Best,

MBECP Team

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
71E9208CBAF943A389A0F75F704211807

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by MBECP Promissory Note who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.