**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    ***United States v. Rafael Martinez*, S2 22 Cr. 251 (LJL)**

Dear Judge Liman:

      The Government respectfully submits this joint letter motion on behalf of the parties to request an adjournment of sentencing, currently scheduled for July 17, 2023, at 2:30 p.m., due to scheduling conflicts. The parties are generally available the following week, between July 24 and July 28, 2023. Accordingly, the parties respectfully request an adjournment to that week or another date and time convenient for the Court.[1]

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

      by: _____
                    Micah F. Fergenson
                    Katherine Reilly
                    Assistant United States Attorneys
                    (212) 637-2190/6521

cc: Defense Counsel (By ECF)

---

[1] If the Court is inclined to grant an adjournment, the parties are available to confer with the Court's chambers staff regarding scheduling.