UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA                :
:
      -v.-                        :    **ORDER EXONERATING**
:    **BAIL**
RAFAEL MARTINEZ,                        :
:    S2 22 Cr. 251 (LJL)
      Defendant.                 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about February 28, 2022, a complaint was filed setting forth sufficient probable cause for issuance of an arrest warrant for RAFAEL MARTINEZ (the "Defendant");

        WHEREAS, on or about February 28, 2022, the Defendant was arrested and bail was set by the Court;

        WHEREAS, on or about March 2, 2022, the Defendant executed an appearance bond in the amount of $10,000,000 that was secured by four real properties: (i) 300 Hopper Ct, Franklin Lakes, New Jersey; (ii) 21 Shinnecock Trail, Franklin Lakes, New Jersey; (iii) 100 West 57th Street, Apt.9M, New York, New York; and (iv) 100 West 57th Street, Apt. 21C, New York, New York (collectively, the "Properties");

        WHEREAS, on or about March 22, 2022, a mortgage in the amount of $10,000,000 in favor of the United States of America was filed against the Properties;

        WHEREAS, on or about March 23, 2023, the Defendant was charged in a one-count superseding Information S2 22 Cr. 251 (LJL)(the "Information"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, on or about March 23, 2023, the Defendant pled guilty to Count One of the Information;

WHEREAS, on or about July 27, 2023, the Defendant was sentenced;

WHEREAS, all proceedings relating to aforesaid Information have been terminated and the bail should be exonerated; and

WHEREAS, upon the Government's motion, it is hereby;

ORDERED that the bail is exonerated and the County Clerk shall enter the Satisfaction of Judgment.

SO ORDERED.

Dated: New York, New York
February 23 , 2024

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE